# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| BENJAMIN ROBERT BRIDGES ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 13-CV-0060-TOR |
| NOAH STEWART and P.A.C. PATTERSON ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:    The Complaint is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge    Thomas O. Rice, for failure to state a claim upon which relief could be granted.

Date: 06/19/2013                                CLERK OF COURT

                                                S/Linda L. Hansen, Deputy Clerk
                                                Signature of Clerk or Deputy Clerk